IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01584-REB-OES

CQGT.,LLC, a Colorado limited liability company;
CQG, INC., a Colorado corporation,

Plaintiff(s),

vs.

TRADING TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation,

Defendant(s).

---

ORDER GRANTING DEFENDANT'S
MOTION FOR STAY

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: December 5, 2005

Defendant has filed a Motion for Stay, and argues that Colorado should defer to the venue of a "mirror image case that has been filed in the Northern District of Illinois. I will grant the motion.

District Judge James B. Moran of that District issued a detailed opinion in which he evaluated both of the actions that have been filed, and concluded, "we accept jurisdiction and believe that the Colorado court should transfer the related case to Illinois for consolidation with this case. The motion to dismiss or transfer is presently pending before District Judge Robert E. Blackburn.

**ORDER**

It is therefore ORDERED that "Defendant Trading Technologies' Motion to Stay Rulie 26 Deadlines and Vacate Scheduling Conference" [Doc. 15, filed Nov. 21, 2005]

is GRANTED and this case is stayed pending a resolution by Judge Blackburn of defendant's motion to dismiss or transfer venue.

Dated at Denver, Colorado, this day of:  December 5, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge